UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                                                              Criminal No. 24-mj-30292

v.

D1 Johntavias Brown,
D2 Anthony Brown,
D3 Jesus Flores,
D4 Krysti Wilson,
D5 Deavon Morgan,

      Defendants.
      _____/

## MOTION AND ORDER TO UNSEAL THE
## COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the Complaint, Arrest Warrants, and all attendant papers for the following reasons:

1. That defendants have been arrested on the complaint by law enforcement officers, and

2. that the United States is no longer apprehensive that defendants may flee prior to appearance on the complaint.

                Respectfully submitted,

                DAWN N. ISON
                United States Attorney

                *s/Sarah Alsaden*
                SARAH ALSADEN P86185
                Assistant United States Attorney
                211 W. Fort Street, Suite 2001
                Detroit, MI 48226
                Sarah.Alsaden@usdoj.gov
                (313) 226-9146

Dated: September 13, 2024

**IT IS SO ORDERED.**

                **s/David R. Grand**
                David R. Grand
                United States Magistrate Judge

Entered: 9/13/24